

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00345-CV

**PETER B. OLFERS AND ASSOCIATES**,
Appellant

v.

**CHANCELLOR CONSTRUCTION, INC.**, et al.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-04918
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the unopposed motion to dismiss appeal is GRANTED, and this appeal is DISMISSED. Appellant's motion to stay trial-court proceedings is MOOT. Costs of the appeal are taxed against appellant.

SIGNED June 4, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice